## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.,* ) | |
| ) | Case No. 20-10553 (CTG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ALFRED T. GIULIANO, in his capacity as ) | |
| Chapter 7 Trustee of Start Man Furniture, ) | |
| LLC, *et al.,* ) | Adversary No. 22-50201 (CTG) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MILESTONE INTERNET ) | |
| MARKETING, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on November 27, 2023 a true and correct copy of *Defendant Milestone Internet Marketing, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admissions* were timely caused to be served via First-Class U.S. Mail, postage prepaid, upon the following counsel:

Jeff P. Nolan, Esq.
Peter J. Keane, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

*(Counsel for Plaintiff)*

/s/ Gregory W. Hauswirth